IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUAN GALAN, | ) | |
| | ) | |
| Petitioner | ) | Civil Action No. 05-257J |
| | ) | |
| vs. | ) | Judge Kim R. Gibson/ |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| GEORGE PATRICK, and THE DISTRICT ATTORNEY OF LEBANON COUNTY, and THE ATTORNEY GENERAL OF THE COMMONWEALTH OF PENNSYLVANIA, | ) ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM ORDER

The above-captioned habeas petition was received by the Clerk of Court on May 12, 2005, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's Report and Recommendation (Doc. No. 2), filed on January 9, 2006, recommended that the petition be dismissed due to Petitioner's failure to prosecute the case. Service was made on the Petitioner at SCI Houtzdale, P.O. Box 1000, Houtzdale, PA 16698-1000. Petitioner was informed that in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.1.4(B) of the Local Rules for Magistrates, he had ten (10) days to file any objections. No objections were filed. After review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 8th day of March, 2006;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus is **DISMISSED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 2), filed on January 9, 2006, by Magistrate Judge Lenihan, is adopted as the opinion of the court.

							_____
							The Honorable Kim R. Gibson
							United States District Court Judge

cc:	Lisa Pupo Lenihan
	UNITED STATES MAGISTRATE JUDGE

	Juan Galan
	FB-7809
	SCI Houtzdale
	P.O. Box 1000
	Houtzdale, PA 16698-1000